SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON                          Case No.: 2:07-cv-0567-MCE-DAD

      Plaintiff,

     v.                                  **PLAINTIFF'S STIPULATED DISMISSAL**
**OF SONIC INDUSTRIES, INC. ONLY**
Sonic Industries, Inc., Individually and d/b/a    **AND ORDER**

SONIC DRIVE-IN; Capital City Concepts,

Inc.

      Defendants.

    **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Sonic

Industries, Inc.) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41

(a)(2).   This case is to be remained open with remaining Defendant.   Defendant (Sonic

Industries, Inc.) is dismissed because Defendant is not a proper party to this action.

Dated: April 12, 2007                     /s/Scott N. Johnson_____
                              SCOTT N. JOHNSON
                              Plaintiff, In Pro Per

    **IT IS SO ORDERED**.

DATED: April 13, 2007

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE